MORRIS et al. v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. January 23, 1896.) No. 536. Appeal from the Circuit Court of the United States for the Southern District of New York. Comstock & Brown, for appellants. Wallace Macfarlane, U. S. Atty. No opinion. Affirmed in open court.

---

MULCAHEY v. LAKE ERIE & W. RY. CO. (Circuit Court of Appeals, Sixth Circuit. December 9, 1896.) No. 384. Appeal from the Circuit Court of the United States for the Western Division of the Northern District of Ohio. Orville S. Brumback and Chas. A. Thatcher, for plaintiff in error. J. B. Cockrum, for defendant in error. No opinion. Case reversed and remanded, with directions to remand to state court. See 69 Fed. 172.

---

MUNROE et al. v. PHILADELPHIA WAREHOUSE CO.

(Circuit Court of Appeals, Third Circuit. January 15, 1897.)

No. 29.

ASSIGNABILITY OF BILL OF LADING.

Error to the Circuit Court of the United States for Eastern District of Pennsylvania.

For opinion, see 75 Fed. 545.

A. H. Wintersteen, for plaintiff in error.
Joseph de F. Junkin, for defendant in error.

It is hereby agreed that the writ of error in the above-entitled cause shall be dismissed, and the clerk of the court is directed to dismiss the same. The costs and fees of the clerk are to be paid by the plaintiff. All other costs and fees due to either of the parties are hereby waived and remitted.

---

Ex parte NATIONAL MASONIC ACC. ASS'N OF DES MOINES, IOWA. SPARKS v. NATIONAL MASONIC ACC. ASS'N OF DES MOINES, IOWA. (Circuit Court of Appeals, Eighth Circuit. December 8, 1896.) No. 6, original. Petition in the alternative for writ of mandamus to compel the allowance of a writ of error and supersedeas by the circuit court of the United States for the Southern district of Iowa, or for the allowance of a writ of error and supersedeas by the circuit court of appeals. Clark Varnum, for petitioner. No opinion. Denied.

---

NEWKIRK v. McCOOK et al. (Circuit Court of Appeals, Eighth Circuit. December 21, 1896.) No. 807. Error to the Circuit Court of the United States, for the District of Kansas. John W. Deford, for plaintiff in error. A. A. Hurd and W. Littlefield, for defendants in error. No opinion. Affirmed, with costs.

---

THE NORMA. SULLIVAN v. THE NORMA et al. (Circuit Court of Appeals, Second Circuit. April 22, 1896.) No. 652. Appeal from the District Court of the United States for the Southern District of New York. H. W. Bates, for appellant. Wing, Putnam & Burlingham, for appellees. No opinion. Affirmed in open court.